UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

ARTHUR SYKEN,

                Plaintiff,

                JUDGMENT
                17-CV-2852 (CBA) (RLM)

     -against-

STATE OF NEW YORK, NEW YORK STATE
DIVISION OF HOUSING AND COMMUNITY
RENEWAL, a/k/a NEW YORK STATE HOMES
AND COMMUNITY RENEWAL, and
COMMISIONER RUTHANNE VISNAUSKAS,

                Defendants.
------------------------------------------------------------ X

        A Memorandum & Order of Honorable Carol B. Amon, United States District Judge, having been filed on September 24, 2019, granting summary judgment on Plaintiff's remaining claims; it is

        ORDERED and ADJUDGED that the Plaintiff's summary judgment on remaining claims is granted.

Dated: Brooklyn, NY                                    Douglas C. Palmer
September 24, 2019                                   Clerk of Court

                                                              By: /s/*Tiffany Campbell*
                                                                     Deputy Clerk